UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 19-3103 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs.  One request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation.  The second request seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members.  *See* ECF No. 1, Exs. A & C.

Consistent with the Parties' February 14, 2020 Joint Status Report, *see* ECF No. 12, Defendant provided Plaintiff an interim response by letter dated March 31, 2020, producing 30

pages in part, and withholding one page in full.  Defendant anticipates providing a final response to the first request by April 14, 2020.

Because this Joint Status Report is being filed before Plaintiff receives and reviews Defendant's final response to the first request and any specific information about the size and scope of the final response, Plaintiff reserves the right to address the sufficiency of Defendant's final response to the first request at a later time.

Also consistent with the parties' February 14, 2020, Joint Status Report, having soon completed its response to Plaintiff's first request, OIP will now turn its attention to the second request by (1) applying the terms of the parties' April 2019 scoping agreement to the raw search results for the second request, and (2) conducting an initial responsiveness review and de-duplication of these search results.  OIP will endeavor to make an interim production on or before June 12, 2020, and will additionally meet and confer with Plaintiff as its responsiveness review proceeds so that the parties can seek to narrow the scope and process the relevant records more expeditiously.

Pursuant to the Court's February 18, 2020 Minute Order, the parties will submit a further Joint Status Report on June 15, 2020, and every 60 days thereafter, to apprise the Court regarding the status of OIP's responses to Plaintiff's requests.

Dated:  April 14, 2020			Respectfully submitted,

      /s/ Murad Hussain
Arnold & Porter Kaye Scholer LLP
Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5000
Murad.Hussain@arnoldporter.com
David.McMullen@arnoldporter.com

Alexander Shaknes
Jesse M. Feitel
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Alexander.Shaknes@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: ___/s/ *Paul Cirino*___
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*