UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 19-3103 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs.  The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation.  The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members.  *See* ECF No. 1, Exs. A & C.

The parties last reported in the April 14, 2020 Joint Status Report, *see* ECF No. 13, that Defendant provided Plaintiff an interim response to the first request by letter dated March 31, 2020.  Subsequently, on April 14, 2020, Defendant provided a final response to the first request, producing an additional six pages in part, with excisions made pursuant to FOIA Exemptions 5 and 6, 5 U.S.C. 552(b)(5) and (b)(6).  Defendant also advised Plaintiff that it had withheld eight pages in full pursuant to Exemption 5.  The parties have since conferred regarding certain aspects of Defendant's collective responses to the first request.  Plaintiff is reviewing Defendant's June 11, 2020 answers to Plaintiff's follow-up inquiries, and continues to reserve all rights concerning the sufficiency of Defendant's responses to Plaintiff's first request.

Further, on June 12, 2020, Defendant provided Plaintiff with a first interim response to the second request.  The agency produced twenty-six pages in part responsive to Part 2 of the request, with an excision made pursuant to FOIA Exemption 6.  Defendant additionally withheld seven pages in full pursuant to FOIA Exemption 5.  Finally, in the June 12, 2020 response, Defendant advised Plaintiff that no responsive records had been located as a result of searches relating to Part 3 of the request.  Going forward, Defendant will endeavor to provide a second interim response as it relates to the second request on or before August 12, 2020.

Plaintiff is reviewing the June 12, 2020 response and reserves all rights concerning the sufficiency of Defendant's responses to Plaintiff's second request.

Pursuant to the Court's February 18, 2020 Minute Order, the parties will submit a further Joint Status Report on August 14, 2020, and every 60 days thereafter, to apprise the Court regarding the status of OIP's responses to Plaintiff's requests.

Dated:  June 15, 2020                                         Respectfully submitted,

                                                                               /s/ Murad Hussain
                                                                            Arnold & Porter Kaye Scholer LLP

Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Murad.Hussain@arnoldporter.com
David.McMullen@arnoldporter.com

Alexander Shaknes
Jesse M. Feitel
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Alexander.Shaknes@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: ___/s/ *Paul Cirino*___
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*