UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 19-3103 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs. The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation. The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members. *See* ECF No. 1, Exs. A & C.

.

Since the February 12, 2021 Joint Status Report, ECF No. 18, Defendant provided its final response to Plaintiff's second FOIA request by letter dated February 26, 2021. In its final response, OIP produced an additional 43 pages with excisions made pursuant to FOIA Exemptions 5 and 6, 5 U.S.C. §§ 552(b)(5) and (6).

The parties intend to meet and confer regarding Plaintiff's request for a *Vaughn* Index, as well as any other outstanding issues, in an attempt to determine whether any issues remain in this case, and, if so, to narrow possible issues to be briefed.

Pursuant to the Court's February 18, 2020 Minute Order, the parties will submit a further Joint Status Report on June 15, 2021 to advise the Court of the status of the case and/or submit a joint briefing schedule, as appropriate.

Dated:  April 16, 2021               Respectfully submitted,

                                     _____/s/ Murad Hussain_____
                                     Arnold & Porter Kaye Scholer LLP
                                     Murad Hussain (D.C. Bar No. 999278)
                                     David McMullen, PhD (D.C. Bar No. 1600382)
                                     601 Massachusetts Ave., N.W.
                                     Washington, D.C.  20001-3743
                                     Telephone:  (202) 942-5000
                                     Murad.Hussain@arnoldporter.com
                                     David.McMullen@arnoldporter.com

                                     Alexander Shaknes
                                     250 West 55th Street
                                     New York, NY 10019-9710
                                     Tel: (212) 836-8000
                                     Alexander.Shaknes@arnoldporter.com
                                     Jesse.Feitel@arnoldporter.com

                                     *Counsel for Plaintiff*

                                     CHANNING D. PHILLIPS, D.C. Bar #415793
                                     Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: \_\_\_/s/ *Paul Cirino*_____
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*