UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 19-3103 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs. The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation. The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members. *See* ECF No. 1, Exs. A & C.

.

As previously reported, on February 26, 2021, Defendant provided its final response to Plaintiff's second FOIA request.  On June 14, 2021, Plaintiff requested that Defendant provide an informal *Vaughn* index / justification of withholdings for records withheld in their entirety and also asked the agency to reconsider its redactions, based on Exemptions 5 and 6, with respect to four specific records.  Defendant has agreed to provide an informal *Vaughn* index / justification of withholdings for the material specified by Plaintiff, both for the material withheld in full, as well as the four specified records with redactions.  The parties will further confer regarding the timing required for Defendant to prepare and provide Plaintiff with the informal *Vaughn* index/justification of withholdings.

Pursuant to the Court's February 18, 2020 Minute Order, the parties propose to submit a further Joint Status Report on August 13, 2021 to advise the Court of the status of the case and/or submit a joint briefing schedule, as appropriate.

Dated:  June 15, 2021                              Respectfully submitted,

                                                             /s/ Murad Hussain
                                                   Arnold & Porter Kaye Scholer LLP
                                                   Murad Hussain (D.C. Bar No. 999278)
                                                   David McMullen, PhD (D.C. Bar No. 1600382)
                                                   601 Massachusetts Ave., N.W.
                                                   Washington, D.C.  20001-3743
                                                   Telephone:  (202) 942-5000
                                                   Murad.Hussain@arnoldporter.com
                                                   David.McMullen@arnoldporter.com

                                                   Alexander Shaknes
                                                   250 West 55th Street
                                                   New York, NY 10019-9710
                                                   Tel: (212) 836-8000
                                                   Alexander.Shaknes@arnoldporter.com
                                                   Jesse.Feitel@arnoldporter.com

                                                   *Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: ___/s/ *Paul Cirino*_____
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*