UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 19-3103 (CKK) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs. The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation. The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members. *See* ECF No. 1, Exs. A & C.

.

As previously reported, on February 26, 2021, Defendant provided its final response to Plaintiff's second FOIA request. On June 14, 2021, Plaintiff requested that Defendant provide an informal *Vaughn* index / justification of withholdings for records withheld in their entirety and also asked the agency to reconsider its redactions, based on Exemptions 5 and 6, with respect to four specific records. Defendant has agreed to provide an informal *Vaughn* index / justification of withholdings for the material specified by Plaintiff, both for the material withheld in full, as well as the four specified records with redactions. Defendant intends to prepare and provide Plaintiff with the informal *Vaughn* index / justification of withholdings within approximately 30 days, which will allow approximately 30 days for Plaintiff to review the information provided and for the parties to confer further prior to the filing of the next Joint Status Report. Plaintiff continues to reserve all rights concerning the sufficiency of all of Defendant's responses to Plaintiff's first and second requests, including by challenging the merits and/or scope of Defendant's redactions.

Pursuant to the Court's February 18, 2020, Minute Order, the parties propose to submit a further Joint Status Report on October 12, 2021, to advise the Court of the status of the case and submit a joint briefing schedule, as appropriate.

Dated:  August 13, 2021        Respectfully submitted,

        /s/ Murad Hussain
Arnold & Porter Kaye Scholer LLP
Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5000
Murad.Hussain@arnoldporter.com
David.McMullen@arnoldporter.com

Alexander Shaknes
250 West 55th Street

New York, NY 10019-9710
Tel: (212) 836-8000
Alexander.Shaknes@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*