UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-3103 (FYP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs. The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation. The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members. *See* ECF No. 1, Exs. A & C.

.

As previously reported, on February 26, 2021, Defendant provided its final response to Plaintiff's request.  In response to Plaintiff's inquiry, on September 28, 2021, Defendant provided Plaintiff with a draft *Vaughn* Index of withholdings for documents withheld in their entirety, as well as a draft justification of withholdings for three categories of documents released in part specifically cited by Plaintiff.  On October 11, 2021, Plaintiff requested additional information from Defendant regarding the justification of withholdings.  The parties intend to meet and confer to resolve any issues in dispute.

Based on the foregoing, the parties respectfully propose to submit a further Joint Status Report on November 11, 2021, to advise the Court of the status of the case and, if appropriate, submit a joint briefing schedule.

Dated:  October 12, 2021                                   Respectfully submitted,

                                            /s/ Murad Hussain
Arnold & Porter Kaye Scholer LLP
Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5000
Murad.Hussain@arnoldporter.com
David.McMullen@arnoldporter.com

Alexander Shaknes
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Alexander.Shaknes@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*