UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 19-3103 (FYP) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

# JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 18, 2020, Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's two April 2018 FOIA requests to DOJ's Office of Information Policy ("OIP"), the DOJ component that handles the FOIA administration for the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Legal Policy, and Public Affairs. The first request seeks records pertaining to communications and meetings between the Executive Branch and the National Rifle Association, the National Rifle Association Institute for Legislative Action, or the National Shooting Sports Foundation. The second request, which contains three parts, seeks records pertaining to certain gun violence reduction initiatives launched in 2015 and 2016, and related communications between DOJ officials and specified gun lobby organizations and gun industry members. *See* ECF No. 1, Exs. A & C.

.

As previously reported, on February 26, 2021, Defendant provided its final response to Plaintiff's request.  On September 28, 2021, Defendant provided Plaintiff with a draft *Vaughn* Index regarding records withheld in their entirety.  Since then, the parties have met and conferred with respect to specific withholdings but have not concluded these discussions.  The parties believe that additional time to resolve the remaining issues would be productive and respectfully propose to submit a further Joint Status Report on January 15, 2022, to advise the Court of the status of the case, unless the case is dismissed before then.

Dated:  December 1, 2021				Respectfully submitted,

    /s/ Murad Hussain
Arnold & Porter Kaye Scholer LLP
Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5000
Murad.Hussain@arnoldporter.com
David.McMullen@arnoldporter.com

Alexander Shaknes
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Alexander.Shaknes@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division

        U.S. Attorney's Office, District of Columbia
        555 4th Street, N.W.
        Washington, D.C.  20530
        Telephone: (202) 252-2529
        paul.cirino@usdoj.gov

*Counsel for Defendant*