IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Civil Action No. 19-3103 (FYP) |

## STIPULATION OF DISMISSAL

Plaintiff Everytown for Gun Safety Support Fund and Defendant United States Department of Justice, by their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs. This resolves all claims in the action.

Dated: January 12, 2021

Respectfully submitted,

 */s/ Murad Hussain*
Murad Hussain (D.C. Bar No. 999278)
David McMullen, PhD (D.C. Bar No. 1600382)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Murad.Hussain@arnoldporter.com

Alexander Shaknes
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*